**E-Filed 9/15/2011**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (CA Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David L. Bilsker (CA Bar No. 152383)
  davidbilsker@quinnemanuel.com
  David A. Perlson (CA Bar No. 209502)
  davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Edward J. DeFranco (CA Bar No. 165596)
  eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

SIDLEY AUSTIN LLP
Richard A. Cederoth (of counsel)
rcederoth@sidley.com
David T. Pritikin (of counsel)
dpritikin@sidley.com
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Bryan K. Anderson (SBN 170666)
bkanderson@sidley.com
Aaron R. Bleharski (SBN 240703)
ableharski@sidley.com
1001 Page Mill Road., Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100

Attorneys for Counterclaimant Motorola Mobility, Inc.

Attorneys for Counterclaim Defendant Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC., <br><br> Counterclaimant, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Counterclaim Defendant. | Case No. 5:11-cv-03136-JF <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME PURSUANT TO CIVIL LOCAL RULE 6-2** |

| | |
|---|---|
| 1 | Having considered the parties' Joint Stipulation to Extend Time Pursuant to Civil Local |
| 2 | Rule 6-2, it is hereby ordered that the new briefing dates for Microsoft's Corporation's NOTICE |
| 3 | OF MOTION AND MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(A), OR IN |
| 4 | THE ALTERNATIVE, TO STAY (Docket Item No. 39) will be as follows: |

        Opposition Due:      September 23, 2011

        Reply Due:           September 30, 2011

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 9/15/2011

_____
The Honorable Jeremy Fogel
United States District Judge